EDWARD L. MCMENAMY AND MARGARET MCMENAMY, PLAINTIFFS-APPELLANTS, v. DIRECTOR, DIVISION OF TAXATION, DEFENDANT-RESPONDENT.

Argued October 24, 1983—Decided December 28, 1983.

*Gerald C. Neary* argued the cause for appellants (*Pitney, Hardin, Kipp & Szuch,* attorneys).

*Mary R. Hamill,* Deputy Attorney General, argued the cause for respondent (*Irwin I. Kimmelman,* Attorney General of New Jersey, attorney; *James J. Ciancia,* Assistant Attorney General, of counsel).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in the opinion of the Tax Court, reported at 3 *N.J.Tax* 356 (Tax Ct.1981).

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD, HANDLER, POLLOCK and O'HERN—5.

*For reversal*—None.